**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BRIAN HAZLETT, Trustee of the**
**Brian Hazlett Revocable Living Trust**                    **PLAINTIFF**

**V.**                                 **CAUSE NUMBER: 3:25-cv-00257-JDM-RP**

**EQUIFAX INC., et al.**                                **DEFENDANTS**

**ORDER**

Before the Court is Defendant Trans Union's Notice of Plaintiff's Non-Compliance with the Court's Order [46], Plaintiff Brian Hazlett's Motion to Amend and Emergency Response to the Notice of Non-Compliance [47], and Defendants' Joint Motion to Stike Plaintiff's Motion to Amend and Emergency Response [48].

On February 19, 2026, this Court granted in part and denied in part the Defendants' respective dispositive motions. [45] The Court's order provided Hazlett fourteen days to file an amended complaint. After fourteen days passed, the Court discovered there was no record that the Clerk's Office had mailed Hazlett, who is proceeding pro se, a copy of the February 19, 2026 order. So on March 9, 2026, at the Court's direction, the Clerk's office mailed the Order to Hazlett. On March 12, 2026, Defendant Trans Union filed a Notice with the Court that Hazlett had not timely filed an amended complaint based on the order's filing date. Four days later, Hazlett filed an emergency motion asserting he did not intentionally disregard the Court's deadline and that he responded as soon as he had actual notice that he failed to file his amended complaint on time. As part of his motion, Hazlett included a proposed amended complaint, which he requests this Court permit him to file out-of-time.

Because the Court has reason to believe Hazlett did not receive actual notice of the February 19, 2026 Order in time for him to timely comply, and because Hazlett asserts he immediately responded upon receiving actual notice, this Court finds Hazlett's motion for leave to amend should be **GRANTED**. Hazlett's shall file his proposed amended complaint as a separate document within seven (7) days of receipt of this Order.

**THEREFORE**, Hazlett's Motion to Amend [47] is **GRANTED**. And Defendants' Joint Motion to Stike is **DENIED** [48]. Hazlett shall have seven (7) days from receipt of this Order to file an amended complaint.

**SO ORDERED**, this the 30th day of March 2026.

/s/ James D. Maxwell II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI